No. 97–5266. ORTIZ-VILLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5267. PEYTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5268. SMITH v. WARD, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–5271. JERNIGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5272. SIMPSON v. CAMPBELL COUNTY SCHOOL SYSTEM ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–5274. LEONARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5275. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5276. LILLARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5277. MONK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–5278. LISK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5279. MARTINEZ v. BCF ENGINEERING, INC. C. A. 6th Cir. Certiorari denied.

No. 97–5280. KIRBY v. ALABAMA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–5281. BERKERY v. BALLY'S HEALTH & TENNIS CORP. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–5283. SHEHEE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5284. McCLURE v. CITY OF CHARLOTTE. C. A. 4th Cir. Certiorari denied.